# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2016

## NO. 03-15-00776-CR

**Herman Lee Kindred, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.